DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **VERIFIED COMPLAINT FOR** |
| | ) | **FORFEITURE** |
| v. | ) | |
| | ) | |
| ONE 2005 DODGE RAM 2500 | ) | |
| PICKUP TRUCK, BEARING ALASKA | ) | |
| PLATE ETR423, VIN | ) | |
| 3D7KS28C15G792441, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and

respectfully states as follows:

I.

This is a civil action in rem brought to forfeit and condemn to the use and benefit of

the United States of America the following property: ONE 2005 DODGE RAM 2500

PICKUP TRUCK, BEARING ALASKA PLATE ETR423, VIN 3D7KS28C15G792441

("Defendant Vehicle"), which vehicle is used, or intended for use, to transport, or in any

manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled

substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil

forfeiture pursuant to 21 U.S.C. § 881(a)(4), and which constitutes a thing of value furnished

or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C.

§ 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture

pursuant to 21 U.S.C. § 881(a)(6).

## II.

This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355,

and 21 U.S.C. § 881(a)(4) and 21 U.S.C. § 881(a)(6). This is a forfeiture proceeding based

upon violations of 21 U.S.C. §§ 841 and 881.

## III.

On or about April 18, 2006, the Federal Grand Jury returned an Indictment against

Brennan Norden for Attempted Possession of a Controlled Substance in violation of 18

U.S.C. §§ 846 and 841(b)(1)(C) (Case No. 3:06-cr-00038-RRB).

On December 28, 2005, law enforcement officers assigned to an interagency task

force and working with Drug Enforcement Administration (DEA) agents observed Brennan

Norden at the post office in Kasilof, Alaska. Norden was driving the Defendant Vehicle,

bearing Alaska licence plate ETR423, registered to Morning Bear Guide Service. Records

U.S. v. ONE 2005 DODGE RAM PICKUP TRUCK      2

of the State of Alaska disclose that Norden is the sole proprietor of the business, and there are no liens on the defendant vehicle.

Norden picked up a package at the post office, which was a controlled delivery of a package that had contained 493 tablets of MDMA ("Ecstacy"). The package was shipped to Norden from Vancouver, B.C., Canada. Norden transported the package containing the controlled substance (now reduced by law enforcement agents from 493 tablets of MDMA to 1 tablet of MDMA) and alerting device from the post office to his residence in Kasilof, Alaska, in the defendant vehicle. After the package was opened and the alerting device signaled the opening of the package, law enforcement officers entered the residence and secured it. A search warrant was obtained for the residence. During the search, agents discovered not only the open package which had contained the MDMA, but a one plant marijuana grow, processed marijuana, numerous firearms, and $1600 in U.S. Currency hidden between the mattresses of Norden's bed. A .44 magnum handgun was discovered under the driver's seat of the Defendant Vehicle.

IV.

The Defendant Vehicle is now in the custody of the United States Marshals Service pending forfeiture proceedings.

V.

On February 3, 2006, DEA sent timely notice of the seizure and forfeiture proceedings concerning the Defendant Vehicle via Certified U.S. Mail, Return Receipt Requested, to the

following: (1) Brennan Norden, 21577 Evelyn Way, Kasilof, Alaska 99610 (attached Exhibit 1); and (2) Brennan Norden c/o Phillip Paul Weidner (his then counsel) 330 L Street, Anchorage, Alaska 99501 (attached Exhibit 2). On March 8, 2006, a copy of the notice was sent to John Norden, c/o Robert Herz (his counsel) 425 G Street, Anchorage, Alaska 99501 (attached Exhibit 3).

VI.

On February 21 and 28, 2006, and March 7, 2006, DEA published notice of the seizure and forfeiture proceedings concerning the Defendant Vehicle in the Wall Street Journal.

VII.

On April 10, 2006, DEA received a claim of ownership of the Defendant Vehicle filed by John Norden via his counsel, Robert Herz. Attached Exhibit 4.

VIII.

The Defendant Vehicle constitutes a vehicle used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, for violations of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(4), and constitutes a thing of value furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, and proceeds traceable to such an exchange, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, Plaintiff United States of America prays that:

1.     A Warrant In Rem issue for the arrest of the Defendant Vehicle, ONE 2005 DODGE RAM 2500 PICKUP TRUCK, BEARING ALASKA PLATE ETR423, VIN 3D7KS28C15G792441;

2.     That due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

3.     That judgment be entered declaring the Defendant Vehicle, ONE 2005 DODGE RAM 2500 PICKUP TRUCK, BEARING ALASKA PLATE ETR423, VIN 3D7KS28C15G792441, forfeited to the United States of America for disposition according to law; and

4.     That the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED this 7th day of July, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

VERIFICATION

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibits thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 7th day of July, 2006 in Anchorage, Alaska.

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me on this 7th day of July, 2006 in Anchorage, Alaska.

_____
NOTARY PUBLIC, State of Alaska
My commission expires 10/26/2007

6

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2006, a true and correct
copy of the foregoing VERIFIED COMPLAINT FOR FORFEITURE
was served on the following, as indicated:

Brennan Norden      (served via Certified U.S. Mail, Return Receipt Requested)
21577 Evelyn Way
Kasilof, AK 99610

Brennan Norden
c/o Robert Herz
425 "G" Street, Suite 600
Anchorage, AK 99501

John Norden
c/o Robert Herz
425 "G" Street, Suite 600
Anchorage, AK 99501


K Joy McCulloch
Office of the United States Attorney

8