**Law Offices of Robert Herz. P.C.**
425 G Street, Suite 600
Anchorage, Alaska  99501
Phone: (907) 277-7171  Fax: (907) 277-0281

April 7, 2006

United States Department of Justice
Drug Enforcement Administration
Office of Operations Management
Asset Forfeiture Section
2401 Jefferson Davis Highway
Alexandria, Virginia 22301

Forfeiture Counsel
Asset Forfeiture Section
Office of Operations Management
DEA HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia  22134-1475

     **RE:**   **2005 Dodge Ram 2500 Pickup**
           **Asset Id:**   **06-DEA-461803**
           **Case No.:**  **RG-06-0017**
           **Seizure Date: 12/28/05**
           **Seizure Place: Kasilof, Alaska**

To Whom It May Concern:

     Please be advised that I am legal counsel for John Norden regarding the above-referenced DEA administrative seizure. A copy of the Notice of Seizure for the item is enclosed herein.

     Please find enclosed the Verified Claim of my client regarding his interest in the above seized property.

     Please be advised that, pursuant to 18 U.S.C. § 983, et. seq, 19 U.S.C. §§ 1602-1619, Title 21 CFR §§ 1316.71-1316.81, and all other applicable statutes or rules, my client hereby wishes to contest the administrative forfeiture of the above property. On my client's behalf, I request that you return the above referenced property to this office immediately. Alternatively, l request that you refer this matter to the Office of the United States Attorney, in the appropriate judicial district, so that we may seek a judicial determination of your agency's right to continue to detain or seek to forfeit the above property.

**EXHIBIT 4**

If you have any questions or concerns regarding the above, please contact my office. Also, please be advised that all notices and communications to my client should be sent to my office.

Sincerely,

Robert Herz
Attorney at Law
Alaska Bar No. 8706023

Enclosures

Cc:    John Norden

2006 APR 10 PH 3:24

## CLAIM

TO:  United States Department of Justice
Drug Enforcement Administration
Office of Operations Management
Asset Forfeiture Section
2401 Jefferson Davis Highway
Alexandria, VA 22301

Forfeiture Counsel
Asset Forfeiture Section
Office of Operations Management
DEA HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475



2006 APR 10 PH 3:25

The undersigned herebymakes claim to the following listed item, which is the subject matter of a United States Department of Justice DEA seizure for forfeiture. The undersigned hereby claims that he is the owner of all or part of, and/or has a possessory interest in, and the right to exercise dominion and control over, said seized property. All documentary evidence of the undersigned's interest in said property is unavailable to claimant at the present time. This claim is not frivolous.

        2005 Dodge Ram 2500 Pickup
        Asset Id:      06-DEA-461803
        Case No.:     RG-06-0017
        Seizure Date: 12/28/05
        Seizure Place: Kasilof, Alaska

Dated: 4/5/06

John Norden

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 4/5/06

John Norden