DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | **NOTICE OF RELATED CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE 2005 DODGE RAM 2500 PICKUP TRUCK, BEARING ALASKA PLATE ETR423, VIN 3D7KS28C15G792441, | ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

COMES NOW Plaintiff United States of America, by and through counsel, pursuant to D. Ak. Local Rule 40.2, and hereby notifies the Court of a criminal case, which is related to this civil forfeiture action.

The related criminal case was brought before the United States District Court for the District of Alaska, titled United States v. Brennan Norden, No. 3:06-cr-00038-RRB, pursuant

to an April 19, 2006 Indictment.  The criminal case is related to this civil forfeiture case because: (1) the Defendant Vehicle is subject to forfeiture in this case based upon the same factual basis involved in the criminal case; (2) the Defendant Vehicle is registered to criminal defendant Brennan Norden; and (3) criminal defendant Brennan "John" Norden is a claimant in this civil forfeiture action.

Therefore, because the aforementioned case is still pending before the Court, assignment of all three cases to the Honorable Ralph R. Beistline would likely be the most efficient use of judicial time and resources.

DATED this 7th day of July, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2006, a true and correct copy of the foregoing NOTICE OF RELATED CASE was served on the following, as indicated:

Brennan Norden     (served via Certified U.S. Mail, Return Receipt Requested)
21577 Evelyn Way
Kasilof, AK 99610

Brennan Norden
c/o Robert Herz
425 "G" Street, Suite 600
Anchorage, AK 99501

John Norden
c/o Robert Herz
425 "G" Street, Suite 600
Anchorage, AK 99501

s/Daniel R. Cooper, Jr.