DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR JUDICIAL ISSUANCE** |
| | ) | **OF IN REM WARRANT OF ARREST** |
| v. | ) | |
| | ) | |
| ONE 2005 DODGE RAM 2500 | ) | |
| PICKUP TRUCK, BEARING ALASKA | ) | |
| PLATE ETR423, VIN | ) | |
| 3D7KS28C15G792441, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and pursuant to Rule C(3) of Certain Admiralty and Maritime Claims and Federal Rules of Civil Procedure and the Verified Complaint for Forfeiture filed contemporaneously herewith, and hereby requests judicial issuance of an <u>in rem</u> warrant of arrest for the Defendant property

described as ONE 2005 DODGE RAM 2500 PICKUP TRUCK, BEARING ALASKA PLATE ETR423, VIN 3D7KS28C15G792441. A proposed warrant is filed herewith.

DATED this 7th day of July, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Daniel R. Cooper, Jr.
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-3224
>Email: daniel.cooper@usdoj.gov
>Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2006, a true and correct
copy of the foregoing was served on the following, as indicated:

Brennan Norden     (served via Certified U.S. Mail, Return Receipt Requested)
21577 Evelyn Way
Kasilof, AK 99610

Brennan Norden
c/o Robert Herz
425 "G" Street, Suite 600
Anchorage, AK 99501

John Norden
c/o Robert Herz
425 "G" Street, Suite 600
Anchorage, AK 99501

s/Daniel R. Cooper, Jr.

U.S. v. 2005 DODGE RAM 2500 PICKUP TRUCK     2