# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA   v.   ONE 2005 DODGE RAM 2500 PICKUP TRUCK 

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                          CASE NO.  3:06-cv-00164-JWS 

 Linda Christensen 


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE:  July 10, 2006

═══════════════════════════════════════════════════════════════

     The above-referenced case is referred to Magistrate Judge
John D. Roberts for disposition or findings and recommendations
as appropriate pursuant to D.Ak.LMR 4:

|     |     |     |
|-----|-----|-----|
| __  | (1) | Administrative Inspection warrants; |
| __  | (2) | Matters relating to nonpayment of seaman's wages; |
| __  | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| __  | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| __  | (5) | Preferred ship mortgage foreclosures; |
|  X  | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| __  | (7) | Matters relating to the enforcement of administrative subpoenas. |