Robert Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Ph.
907-277-0281 Fx.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

United States of America,        )
                                 )
                    Plaintiff,   )
                                 )
        vs.                      )
                                 )
ONE 2005 DODGE RAM 2500          )
PICKUP TRUCK, BEARING ALASKA     )
PLATE ETR 423,                   )
VIN 3D7KS28C15G792441,           )
                                 )
                    Defendant.   )
_____)  Case No. 3:06-CV-00164(JWS)

## CLAIM

The undersigned hereby makes claim to the following listed item, which is the subject matter of Verified Complaint for Forfeiture filed by United States Department of Justice. The undersigned hereby claims that he is the owner of all or part of, and/or has a possessory interest in, and/or the right to exercise dominion and control over, said property. All documentary evidence of the undersigned's interest in said property is unavailable to claimant at the present time. This claim is not frivolous.

    2005 Dodge Ram 2500 Pickup Truck
    Alaska Plate No. ETR423
    VIN No. 3D7KS28C15G79244

Dated: July 19, 2006                          John Norden

Claim – 2005 Dodge Ram 2500
Page 1 of 1

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: July 19, 2006

John Norden

DATED at Anchorage, Alaska, this 25th day of July 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on July 26, 2006, a copy of the foregoing Claim was served electronically on Assistant United States Attorney's Office
s/ Robert Herz

Claim – 2005 Dodge Ram 2500
Page 2 of 2