Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Ph. / 907-277-0281 Fx.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,       ) | |
|       ) | |
| Plaintiff,       ) | |
|       ) | |
| vs.       ) | |
|       ) | |
| ONE 2005 DODGE RAM 2500       ) | Case No. 3:06-CV-00164 (JWS |
| PICKUP TRUCK, BEARING ALASKA       ) | |
| PLATE ETR 423, VIN       ) | |
| 3D7KS28C15G792441,       ) | |
|       ) | **ENTRY OF APPEARANCE** |
| Defendant.       ) | |

Comes now, Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby enters

his appearance on behalf of One 2005 Dodge Ram 2500 Pickup Truck, Bearing Alaska Plate ETR

423, VIN 3D7KS28C15G792441 and on behalf of John Norden, Claimnant, in the above

captioned matter. All Further pleadings and correspondence should be served on:

Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501

DATED at Anchorage, Alaska, this 26th day of July 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

---

**CERTIFICATE OF SERVICE**
I hereby certify that on July 26, 2006, a copy of the foregoing EOP was served electronically on Assistant United States Attorney's Office   s/ Robert Herz

---

*Sidebar (left margin):*
Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net