DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-00164-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ONE 2005 DODGE RAM 2500 | ) | **CERTIFICATE OF SERVICE** |
| PICKUP TRUCK, BEARING | ) | |
| ALASKA PLATE ETR423, | ) | |
| VIN 3D7KS28C15G792441, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel,

and hereby declares under penalty of perjury that a true and correct copy of the

Verified Complaint for Forfeiture, filed on July 7, 2006, was mailed, via Certified

U. S. Mail, Return Receipt Requested, No. 7000 0520 0023 4549 1152, to the following:

Brennan Norden
21577 Evelyn Way
Kasilof, AK  99610

The Postmaster notified Mr. Norden on 7/10/06 and 7/18/06, and on 7/25/06 was returned to Plaintiff marked "refused".  Please find attached a copy of the returned envelope.

DATED this 28th day of July, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2006, a true and correct
copy of the foregoing was served on the following, as indicated:

Robert Herz
425 "G" Street, Suite 600
Anchorage, AK 99501

s/Daniel R. Cooper, Jr.

U.S. v. 2005 DODGE RAM 2500 PICKUP TRUCK
3:06-cv-00164-JWS
Page 2