



2006 JUL 24 AM 10:31
RECEIVED
US ATTORNEY OFFICE

1ST NOTICE 7-10
2ND NOTICE 7-25
RETURNED

REFUSED   REFUSED   REFUSED

Brennan Norden
21577 Evelyn Way
Kasilof, AK 99610

1205

7000 0520 0023 4549 1152

District of Alaska
222 West 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567

Official Business
ADDRESS SERVICE REQUESTED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Brennan Norden<br>21577 Evelyn Way<br>Kasilof, AK 99610 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br><br>PO Box 1205<br>Kasilof, AK 99610 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7000 0520 0023 4549 1152 | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-01-M-2509 |