Robert Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Ph.
907-277-0281 Fx.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br><br>vs.<br><br>ONE 2005 DODGE RAM 2500<br>PICKUP TRUCK, BEARING ALASKA<br>PLATE ETR 423,<br>VIN 3D7KS28C15G792441,<br><br>                        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00164-JWS |

## **DEFENDANTS' ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE**

Comes now, Claimant John Norden, individually and on behalf of One 2005 Dodge Ram 2500 Pickup Truck, Bearing Alaska Plate ETR 423, Vin 3D7KS28C15G792441, in the above-captioned matter by and through his attorney, Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby answers the Verified Complaint for Forfeiture as follows:

I.      Claimant denies that he used or intended to use the vehicle that is the subject matter of the complaint in this action in any manner or part to commit or to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances, "for a violation of 21 U.S.C.§ 841 et. seq." or that he had knowledge of such use or intended use by others and further denies that a violation of 21 U.S.C. § 841 was committed or facilitated in this case. Furthermore, Claimant denies that the vehicle in question was furnished or intended to be furnished in exchange for a controlled substance in violation of 21 U.S.C. § 841, "and

proceeds traceable to such an exchange," and therefore denies that the vehicle is subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

II. Admit the court has jurisdiction pursuant to 28 U.S.C. § 1345 and § 1355, and 21 U.S.C. § 881(a)(4), but denied as to § 881(a)(6).

III. Claimant is without sufficient and adequate personal knowledge to either admit or deny the allegations contained in the paragraph and hence the allegations are therefore denied.

IV. This allegation does not appear to require a response.

V. Admit as to receiving timely notice pertaining to Claimant John Norden.

VI. Claimant is without sufficient or adequate personal knowledge pertaining to this allegation but it does not appear to require a response.

VII. Admit.

VIII. Denied.

### Defenses and Relief Requested

IX. Pursuant to 18 U.S.C. § 983(d)(2)(A) claimant asserts that he is an innocent owner and that he did not know of the conduct giving rise to the claim of forfeiture.

X. Claimant asserts and petitions the court, pursuant to 18 U.S.C. § 983(g) and the United States Constitution eighth amendment that forfeiture in this case is excessive; that in comparing the financial cost and impact of the forfeiture to the gravity of the offense giving rise to the forfeiture, the forfeiture in this matter is excessive and grossly disproportional; and that the court should reduce and/or eliminate the forfeiture to avoid imposing an excessive fine on claimant.

XI. Claimant reserves the right to amend this answer to assert other defenses or claims as they may become apparent and as discovery proceeds.

XII. Wherefore, Claimant prays that: the plaintiff's complaint is dismissed with

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

Prejudice and that all relief requested by plaintiff is denied; that the court grant such other relief to claimant as this court may deem just and proper under the circumstances, and that the court award defendant full attorney fees as may be allowed by law, or if not, reasonable attorney fees; and reimbursement of all costs incurred by claimant in defending this action.

DATED at Anchorage, Alaska, this 25th day of August 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on August 25, 2006, a copy of the foregoing Answer to Verified Complaint for Forfeiture was served electronically on Assistant United States Attorney
s/ Robert Herz