Robert M. Herz
Law Office of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ONE 2005 DODGE RAM 2500 )<br>PICKUP TRUCK, BEARING ALASKA )<br>PLATE ETR 423, )<br>VIN 3D7KS28C15G792441, )<br>)<br>Defendant. )<br>_____) | Case No. 3:06-CV-00164 JWS<br><br>**SCHEDULING AND PLANNING**<br>**CONFERENCE REPORT** |

1.   **Meeting.**  In accordance with F.R.Civ.P.26(f), a meeting was held on September 29, 2006 and was attended by:

   Robert Herz, Attorney for Defendant John Norden.

   Daniel Cooper, Assistant United States attorney for Plaintiff.

The parties recommend the following:

2.   **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P. 26(a)(1):

   [_____] have been exchanged by the parties

   [__X__] will be exchanged by the parties by November 15, 2006.

   Proposed changes to disclosure requirements:

   Preliminary witness lists:

   [_____] have been exchanged by parties

   [__X__] will be exchanged by the parties by November 15, 2006.

3.  **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

The underlying facts in <u>USA v. Brennan Norden</u>, Case No. Case No. A06-00038 CR (RRB) and equitable ownership interest asserted by claimant.

4.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A.  Discovery will be needed on the following issues:

    The underlying facts in <u>USA v. Brennan Norden</u>, Case No. Case No. A06-00038 CR (RRB) and equitable ownership interest asserted by claimant.

    B.  All discovery commenced in time to be completed by March 12, 2007 "discovery close date".

    C.  Limitations on Discovery.

        1.  Interrogatories

            [ __X__ ] No change from F.R.Civ.P. 33(a).

            [_____] Maximum of _____ by each party to any other party.

            Response due in ___ days.

        2.  Requests for Admissions.

            [ __X__ ] No change from F.R.Civ.P. 33(a).

            [_____] Maximum of _____ requests.

            Response due in ___ days.

        3.  Depositions.

            [ __X__ ] No change from F.R.Civ.P. 36(a), (d).

            [_____] Maximum of ____ depositions by each party.

            Deposition not to exceed ____ hours unless agreed to by all parties.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

D.  Reports from retained experts.

[_____] Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

[ **X** ] Reports due: February 12, 2007.

From Plaintiff (_____)

From Defendant (_____)

E.  Supplementation of disclosures and discovery responses are to be made:

[_____] Periodically at 60-day intervals from the entry of scheduling and planning order.

[ **X** ] As new information is acquired, but not later than 60 days before the close of discovery.

F.  A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

[ **X** ] 45 days prior to the close of discovery.

[_____] Not later than (_____)

5. **Pretrial Motions.**

[ **X** ] No change from D.Ak. LR 16.1(c).

The following changes to D.AK.LR 16.1 (c). [Check and complete all that apply]

[_____] Motions to amend pleadings or add parties to be filed not later than (_____).

[_____] Motions under the discovery rules must be filed not later than (_____)

[_____] Motions in limine and dispositive motions must be filed not later than (_____).

6.  **Other Provisions:**

    A.  [ **X** ] The parties do not request a conference with the court before the entry of the scheduling order.

    [_____] The parties request a scheduling conference with the court on the following issue(s):

    B.  Alternative Dispute Resolution. [D.Ak. LR 16.2]

    [ **X** ] This matter is not considered a candidate for court-annexed alternative dispute resolution.

    [_____] The parties will file a request for alternative dispute resolution not later than _____, 2005.

    [_____] Mediation    [_____] Early Neutral Evaluation

    C.  The parties [___] do [ **X** ] do not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    [___] All parties have complied   [ **X** ] Compliance not required by any party

7.  **Trial.**

    A.  The matter will be ready for trial:

    [___] 45 days after the discovery close date.

    [ **X** ] not later than June 11, 2007.

    B.  This matter is expected to take 4 days to try.

    C.  Jury Demanded [___]Yes  [ **X** ]No

    Right to jury trial disputed? [___]Yes   [___] No

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

DATED at Anchorage, Alaska, on September 29, 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on September 29, 2006 a copy of the Scheduling and Planning Conference Report was served electronically on Assistant United States Attorney's Office    s/ Robert Herz