NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-00164-JWS |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION** |
| | ) | **FOR EXTENSION OF TIME** |
| v. | ) | |
| | ) | *ON SHORTENED TIME* |
| ONE 2005 DODGE RAM 2500 | ) | |
| PICKUP TRUCK, BEARING ALASKA | ) | |
| PLATE ETR423, VIN | ) | |
| 3D7KS28C15G792441, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, United States of America, by and through counsel, moves for a two week extension of the deadline for exchanging Civil Rule 26 disclosures and for filing preliminary witnesses lists in this case. The current deadline to file preliminary witnesses lists and to exchange discovery is November 15, 2006. Additional time is requested due to illness of counsel for defendant.

The undersigned contacted opposing counsel, who does not oppose this request. If this request is granted, the new deadline for filing preliminary witnesses lists would be November 28, 2006.

DATED this 15th day of November, 2006 in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Richard L. Pomeroy.
>RICHARD L. POMEROY
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3379
>Fax: (907) 271-3224
>Email: richard.pomeroy@usdoj.gov
>Alaska Bar No. 890631

**CERTIFICATE OF SERVICE**

I hereby certify that on this November 15, 2006,
a true and correct copy of the foregoing
Unopposed Motion for Extension of Time
was served electronically on Robert M. Herz.

s/Richard L. Pomeroy