IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-00164-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | [Proposed} ORDER |
| v. | ) | |
| | ) | |
| ONE 2005 DODGE RAM 2500 PICKUP TRUCK, BEARING ALASKA PLATE ETR423, VIN 3D7KS28C15G792441, | ) ) ) ) ) | |
| Defendant. | ) ) | |

Defendant's motion to extend the deadline to file preliminary witness lists and to exchange initial discovery to November 28, 2006, is hereby GRANTED.

Date: _____     _____
                                    James K. Singleton
                                    United States District Court Judge