IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-00164-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ONE 2005 DODGE RAM 2500 | ) | |
| PICKUP TRUCK, BEARING ALASKA | ) | |
| PLATE ETR423, VIN | ) | |
| 3D7KS28C15G792441, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's motion to extend the deadline to file preliminary witness lists and to exchange initial discovery to November 28, 2006, is hereby **GRANTED**.

Date: November 16, 2006            /s/ John W. Sedwick
                                   United States District Court Judge