**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:06-cv-164-JWS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE 2005 DODGE RAM 2500 PICKUP TRUCK | Publication |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PENINSULA CLARION

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
150 Trading Bay Drive, Suite 1, Kenai, AK 99611
email: classifieds@peninsulaclarion.com
phone: (907) 28[illegible]

RECEIVED
JAN 30 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATHERINE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please publish the attached Notice of judicial forfeiture in the above-referenced newspaper once a week for 3 consecutive weeks.

[CATS Asset ID#: 06-DEA-461803]

Signature of Attorney other Originator requesting service on behalf of: s/Katherine Voke K Joy McCulloch    XX PLAINTIFF    ☐ DEFENDANT    TELEPHONE NUMBER (907) 271-2304    DATE 10/2/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 06 | No. 06 | Candace Edwards | 12/4/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person or suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

| Date os Service | Time | am/pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: Published in Peninsula Clarion Publication Dates: 12/10, 12/17 & 12/24 Returned to Court on 1/30/07.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLNG STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 07/06

# PUBLISHER'S AFFIDAVIT

UNITED STATES OF AMERICA, }
STATE OF ALASKA            } ss:

_Denise Reece_ being first duly sworn, on oath deposes and says:

That I am and was at all times here in this affidavit mentions, Supervisor of Legals of the Peninsula Clarion, a newspaper of general circulation and published at Kenai, Alaska, that the

Case #3:06-cv-00164-JWS

a printed copy of which is hereto annexed was published in said paper one each and every _week_ for _three_ successive and consecutive _weeks_ in the issues on the following dates:

December 10, 17, 24, 2006

X _Denise Reece_

SUBSCRIBED AND SWORN to me before this _24th_ day of _January_, _2007_

_Jane S. Russell_

NOTARY PUBLIC in favor for the State of Alaska.

My Commission expires _26-Aug-08_

---

**NOTICE OF:**

UNITED STATES OF AMERICA v. ONE 2005 DODGE RAM 2500 PICKUP TRUCK, BEARING ALASKA PLATE ETR 423, VIN 3D7KS28C15G792441

Case No. 3:06-cv-00164-JWS

To all interested persons in the above-styled case, notice is hereby given that on July 7, 2006, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(4), 21 U.S.C. 881(a)(6), and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of ONE 2005 DODGE RAM 2500 PICKUP TRUCK, BEARING ALASKA PLATE ETR 423, VIN 3D7KS28C15G792441, VIN 1G6KD54Y31U182882.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, U.S. District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

PUBLISH: 12/10, 17, 24, 2006          5559/1927