Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Ph. / 907-277-0281 Fx.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>ONE 2005 DODGE RAM 2500 )<br>PICKUP TRUCK, BEARING ALASKA )<br>PLATE ETR 423, VIN )<br>3D7KS28C15G792441, )<br>)<br>       Defendant. ) | Case No. 3:06-CV-00164 (JWS |

## NON-OPPOSED AND JOINT MOTION TO STAY PROCEEDINGS

    Comes now, Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby moves this court to stay all proceedings in this matter pending resolution of the related criminal case, USA v. Brennan Norden, 3:06-CR-0038 (RRB). This stay is necessary because the criminal defendant is a witness in this civil forfeiture action and he wishes to maintain his protections under the fifth amendment. Under-signed counsel has spoken with AUSA Dan Cooper who non-opposes this motion and joins in it. The parties agree that a status conference should be set in this matter approximately six months from now.

/ / /

/ / /

/ / /

DATED at Anchorage, Alaska, this 14th day of April 2007.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on April 14, 2007, a copy of the foregoing was served electronically on Assistant United States Attorney's Office    s/ Robert Herz

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net