Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Ph. / 907-277-0281 Fx.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,        )<br>                                                    )<br>                      Plaintiff,       )<br>                                                    )<br>         vs.                                    )<br>                                                    )<br>ONE 2005 DODGE RAM 2500    )<br>PICKUP TRUCK, BEARING ALASKA )<br>PLATE ETR 423, VIN              )<br>3D7KS28C15G792441,            )<br>                                                    )<br>                      Defendant.   ) | Case No. 3:06-CV-00164 (JWS |

## ORDER

Based upon the non-opposed and joint motion to stay proceedings, the motion is GRANTED.

A status hearing shall be held on _____, 2007 at _____ a.m./p.m.

DATED at Anchorage, Alaska, this _____ day of April 2007

_____
JUDGE OF THE DISTRICT COURT

**CERTIFICATE OF SERVICE**
I hereby certify that on April 14, 2007, a copy of the foregoing was served electronically on Assistant United States Attorney's Office    s/ Robert Herz

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net