NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-164-JWS |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE 2005 DODGE RAM 2500 | ) | |
| PICKUP TRUCK, BEARING ALASKA | ) | |
| PLATE ETR423, VIN | ) | |
| 3D7KS28C15G792441, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff UNITED STATES OF AMERICA, by and through counsel, hereby files this status report pursuant to the Court's Order at Docket 18.

The United States served its First Request for Discovery on the claimant on October 11, 2007, and plans to take the claimant's deposition after it receives responses to the discovery requests. The United States respectfully requests the parties be allowed to file

another status report in 45 days.

     DATED this 15th day of October, 2007, in Anchorage, Alaska.

                                NELSON P. COHEN
                                United States Attorney

                                s/Daniel R. Cooper, Jr.
                                DANIEL R. COOPER, JR.
                                Assistant U.S. Attorney
                                222 W. 7th Avenue, #9, Room 253
                                Anchorage, AK 99513-7567
                                Phone: (907) 271-3376
                                Fax: (907) 271-3224
                                Email: daniel.cooper@usdoj.gov
                                Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2007, a true and correct copy of the foregoing STATUS REPORT was served electronically on:

ROBERT M. HERZ, Counsel for Brennan "John" Norden
425 G Street, Suite 600
Anchorage, AK 99501

s/Daniel R. Cooper, Jr.