NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-164-JWS |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE 2005 DODGE RAM 2500 | ) | |
| PICKUP TRUCK, BEARING ALASKA | ) | |
| PLATE ETR423, VIN | ) | |
| 3D7KS28C15G792441, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff UNITED STATES OF AMERICA, by and through counsel, hereby files this status report pursuant to the Court's Order at Docket 21.

The United States sent the claimant a letter on November 28, 2007, stating that the government had not received a response to its First Request for Discovery of October 11, 2007. The letter further stated that if the claimant does not produce a response by December

10, 2007, the government would file a motion to compel compliance.  Following receipt of the claimant's response, the government plans to take the claimant's deposition.  The United States respectfully requests the parties be allowed to file another status report in 45 days.

DATED this 7th day of December, 2007, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Daniel R. Cooper, Jr.
> DANIEL R. COOPER, JR.
> Assistant U.S. Attorney
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3376
> Fax: (907) 271-3224
> Email: daniel.cooper@usdoj.gov
> Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2007, a true and correct copy of the foregoing STATUS REPORT was served electronically on:

ROBERT M. HERZ, Counsel for Brennan "John" Norden
425 G Street, Suite 600
Anchorage, AK 99501

s/Daniel R. Cooper, Jr.