NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-164-JWS |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE 2005 DODGE RAM 2500 | ) | |
| PICKUP TRUCK, BEARING ALASKA | ) | |
| PLATE ETR423, VIN | ) | |
| 3D7KS28C15G792441, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Plaintiff UNITED STATES OF AMERICA, by and through counsel, hereby files this

status report. The United States plans to file dismissal papers as soon as possible. On

February 4, 2008, the undersigned discussed the above with claimant's counsel, Robert Herz.

Respectfully submitted this 6th day of February, 2008, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Daniel R. Cooper, Jr.
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-3224
>Email: daniel.cooper@usdoj.gov
>Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February, 2008, a true and correct copy of the foregoing STATUS REPORT was served electronically on:

ROBERT M. HERZ (Counsel for Brennan "John" Norden)

s/Daniel R. Cooper, Jr.