NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ONE 2005 DODGE RAM 2500  )<br>PICKUP TRUCK, BEARING ALASKA )<br>PLATE ETR423, VIN  )<br>3D7KS28C15G792441,  )<br>  )<br>  Defendant.  )<br>―――――――――――――――――  ) | No. 3:06-cv-164-JWS<br><br>**STIPULATION FOR DISPOSITION**<br>**AND DISMISSAL** |

COMES NOW plaintiff United States of America, by and through counsel, and together with Robert M. Herz, counsel for claimant John Norden, and stipulate and agree as follows:

The parties agree that this action shall be dismissed, each party to bear their own costs

and attorneys fees.  The United States agrees to waive storage fees.  Moreover, the parties agree that possession of the defendant property, ONE 2005 DODGE RAM 2500 PICKUP TRUCK, BEARING ALASKA PLATE ETR423, VIN 3D7KS28C15G792441, shall be returned to John Norden.

Respectfully submitted this 12th day of February, 2008, in Anchorage, Alaska.

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

s/Daniel R. Cooper, Jr. for
ROBERT M. HERZ
Attorney for Claimant John Norden
425 G Street, Suite 600
Anchorage, AK 99501
Phone: (907) 277-7171
Fax: (907) 277-0281
Alaska Bar No. 8706023

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2008,
a copy of the foregoing STIPULATION and
proposed ORDER were served electronically on:

ROBERT M. HERZ (Counsel for Claimant John Norden)

s/ Daniel R. Cooper, Jr.