IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-164-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER OF APPROVAL OF** |
| | ) | **STIPULATION FOR DISPOSITION** |
| v. | ) | **AND DISMISSAL** |
| | ) | |
| ONE 2005 DODGE RAM 2500 | ) | |
| PICKUP TRUCK, BEARING ALASKA | ) | |
| PLATE ETR423, VIN | ) | |
| 3D7KS28C15G792441, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   **IT IS SO ORDERED**, on request of plaintiff United States of America and counsel for claimant John Norden, the Stipulation For Disposition And Dismissal is hereby **approved**.

   DATED: February 15, 2008

                    /s/ HON. JOHN W. SEDWICK
                    United States District Court Judge